**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| TRILLER, INC., | § § § | Case No. 6:20cv693 |
| Plaintiff, | § § | |
| vs. | § § | JURY TRIAL DEMANDED |
| BYTEDANCE LTD., and TIKTOK, INC., | § § § | |
| Defendants. | § § § | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff states that it has a parent corporation Triller Holdco LLC, and that no publicly-held corporation owns 10-percent or more of its stock or the stock of Triller Holdco LLC.

Date: July 29, 2020

/s/ Brian N. Platt w/ permission Wesley Hill
Brian N. Platt (*pro hac vice* to be filed)
Utah State Bar No. 17099
Brent P. Lorimer (*pro hac vice* forthcoming)
Utah State Bar No. 3731
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, Utah 84111
(801) 533-9800 (main line)
(801) 328-1707 (facsimile)
bplatt@wnlaw.com
blorimer@wnlaw.com

Wesley Hill
Texas Bar No. 24032294
Chad Everingham
Texas Bar No. 00787447
Andrea L. Fair
Texas Bar No. 24078488

WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (main line)
(903) 757-2323 (facsimile)
wh@wsfirm.com
ce@wsfirm.com
andrea@wsfirm.com

Attorneys for Plaintiff Triller, Inc.