# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:20−cv−00693−ADA

Triller, Inc. v. ByteDance, Ltd. et al
Assigned to: Judge Alan D Albright
Cause: 35:271 Patent Infringement

Date Filed: 07/29/2020
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Triller, Inc.**                              represented by   **Brent P. Lorimer**
Workman Nydegger
60 E. South Temple, Suite 1000
Salt Lake City, UT 84111
801−533−9800
Fax: 801−328−1707
Email: blorimer@wnlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian N. Platt**
Workman Nydegger
60 E South Temple Street, Suite 1000
Salt Lake City, UT 84111
801−533−9800
Email: bplatt@wnlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Elizabeth Day**
Feinberg Day Kramer Alberti Lim Tonkovich &
Belloli
577 Airport Blvd., Suite 250
Burlingame, CA 94010
(650) 825−4300
Fax: (650) 460−8443
Email: eday@feinday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea L. Fair**
Ward, Smith & Hill, PLLC
PO Box 1231
Longview, TX 75606
9037576400
Fax: 903−757−2323
Email: andrea@wsfirm.com
*ATTORNEY TO BE NOTICED*

**Charles Everingham , IV**
Ward, Smith & Hill, PLLC

        1507 Bill Owens Parkway
Longview, TX 75604
903−757−6400
Fax: 903−757−2323
Email: ce@wsfirm.com
*ATTORNEY TO BE NOTICED*

**Jack Wesley Hill**
Ward Smith & Hill, PLLC
1507 Bill Owens Pkwy
Longview, TX 75604
(903)757−6400
Fax: (903)757−2323
Email: wh@wsfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ByteDance, Ltd.**     represented by    **Lawrence R. Jarvis**
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
(404) 892−5005
Fax: (404) 892−5002
Email: jarvis@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
Gillam and Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
(903)934−8450
Fax: (903)934−9257
Email: melissa@gillamsmithlaw.com
*TERMINATED: 09/16/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Headley**
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
650−839−5070
Fax: 650−839−5071
Email: headley@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam J. Kessel**

Fish & Richardson PC
One Marina Park Drive
Boston, MA 02210
617–542–5070
Fax: 617–542–8906
Email: kessel@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David M. Hoffman**
Fish & Richardson P.C.
111 Congress Avenue
Suite 810
Austin, TX 78701
(512) 226–8154
Fax: (512) 320–8935
Email: hoffman@fr.com
*ATTORNEY TO BE NOTICED*

**Frank E. Scherkenbach**
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02110–1878
(617)–542–5070
Fax: (617)–542–8906
Email: scherkenbach@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Proshanto Mukherji**
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02210
617–542–5070
Fax: 617–542–8906
Email: mukherji@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

TikTok, Inc.                    represented by  **Lawrence R. Jarvis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Headley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam J. Kessel**
(See above for address)

        *PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David M. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frank E. Scherkenbach**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*TERMINATED: 09/16/2020*
*ATTORNEY TO BE NOTICED*

**Proshanto Mukherji**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ByteDance Inc.**     represented by    **Lawrence R. Jarvis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Headley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam J. Kessel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David M. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TikTok PTE. Ltd.**     represented by    **Lawrence R. Jarvis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Headley**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam J. Kessel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David M. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2020 | Ï 8 | STANDING ORDER from U.S. District Judge Alan D. Albright regarding scheduled civil hearings. Signed by Judge Alan D Albright. (Attachments: # 1 Supplemental Standing Order from Chief Judge Garcia re COVID19 Court Procedures)(mc5) (Entered: 07/30/2020) |
| 07/29/2020 | Ï 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542–13808912). No Summons requested at this time, filed by Triller, Inc.. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Hill, Jack) (Entered: 07/29/2020) |
| 07/29/2020 | Ï 2 | DEMAND for Trial by Jury by Triller, Inc.. (Hill, Jack) (Entered: 07/29/2020) |
| 07/29/2020 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by Triller, Inc.. (Hill, Jack) (Entered: 07/29/2020) |
| 07/29/2020 | Ï 4 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Hill, Jack) (Entered: 07/29/2020) |
| 07/29/2020 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (am) (Entered: 07/29/2020) |
| 07/29/2020 | Ï 5 | Pro Hac Vice Letter to Triller, Inc.. (am) (Entered: 07/29/2020) |
| 07/29/2020 | Ï 6 | NOTICE of Attorney Appearance by Charles Everingham, IV on behalf of Triller, Inc. (Everingham, Charles) (Entered: 07/29/2020) |
| 07/29/2020 | Ï 7 | NOTICE of Attorney Appearance by Andrea L. Fair on behalf of Triller, Inc. (Fair, Andrea) (Entered: 07/29/2020) |
| 07/31/2020 | Ï 9 | REQUEST FOR ISSUANCE OF SUMMONS by Triller, Inc.. (Hill, Jack) (Entered: 07/31/2020) |
| 08/03/2020 | Ï 10 | Summons Issued as to ByteDance Ltd.. (am) (Entered: 08/03/2020) |
| 08/03/2020 | Ï 11 | Summons Issued as to TikTok, Inc.. (am) (Entered: 08/03/2020) |
| 08/03/2020 | Ï 12 | MOTION to Appear Pro Hac Vice by Jack Wesley Hill *of Brian N. Platt* ( Filing fee $ 100 receipt number 0542–13823738) by on behalf of Triller, Inc.. (Attachments: # 1 Proposed Order)(Hill, Jack) (Entered: 08/03/2020) |
| 08/03/2020 | Ï 13 | MOTION to Appear Pro Hac Vice by Jack Wesley Hill *of Brent P. Lorimer* ( Filing fee $ 100 receipt number 0542–13823794) by on behalf of Triller, Inc.. (Attachments: # 1 Proposed Order)(Hill, Jack) (Entered: 08/03/2020) |
| 08/03/2020 | Ï | |

| | | |
|---|---|---|
| | | Text Order GRANTING 13 Motion to Appear Pro Hac Vice for Attorney Brent P. Lorimer for Triller, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (sm3) (Entered: 08/03/2020) |
| 08/03/2020 | Ï | Text Order GRANTING 12 Motion to Appear Pro Hac Vice for Attorney Brian N Platt for Triller, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (sm3) (Entered: 08/03/2020) |
| 08/03/2020 | Ï 14 | SUMMONS Returned Executed by Triller, Inc.. ByteDance Ltd. served on 8/3/2020, answer due 8/24/2020. (Hill, Jack) (Entered: 08/03/2020) |
| 08/03/2020 | Ï 15 | SUMMONS Returned Executed by Triller, Inc.. TikTok, Inc. served on 8/3/2020, answer due 8/24/2020. (Hill, Jack) (Entered: 08/03/2020) |
| 08/18/2020 | Ï 16 | WAIVER OF SERVICE Returned Executed by Triller, Inc. as to ByteDance Ltd. Waiver sent on 8/18/2020, answer due 11/16/2020. (Hill, Jack) Modified on 8/18/2020 (lad). (Entered: 08/18/2020) |
| 08/18/2020 | Ï 17 | NOTICE of Attorney Appearance by Melissa Richards Smith on behalf of ByteDance Ltd., TikTok, Inc.. Attorney Melissa Richards Smith added to party TikTok, Inc.(pty:dft) (Smith, Melissa) (Entered: 08/18/2020) |
| 08/18/2020 | Ï 18 | Unopposed MOTION for Extension of Time to File Answer , *Move or Otherwise Respond to Complaint* by TikTok, Inc.. (Attachments: # 1 Proposed Order)(Smith, Melissa) (Entered: 08/18/2020) |
| 08/19/2020 | Ï | Text Order GRANTING 18 Motion for Extension of Time to Answer entered by Judge Alan D Albright. Came on for consideration is Defendant's Motion. Noting that it is unopposed, the Court GRANTS the Motion. Defendant shall have up to and including November 16, 2020 to answer or otherwise respond to Plaintiff's Complaint. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 08/19/2020) |
| 08/19/2020 | Ï | Reset Deadlines: TikTok, Inc. answer due 11/16/2020. (am) (Entered: 08/19/2020) |
| 09/14/2020 | Ï 19 | NOTICE of Attorney Appearance by David M. Hoffman on behalf of ByteDance Ltd., TikTok, Inc.. Attorney David M. Hoffman added to party ByteDance Ltd.(pty:dft), Attorney David M. Hoffman added to party TikTok, Inc.(pty:dft) (Hoffman, David) (Entered: 09/14/2020) |
| 09/14/2020 | Ï 20 | MOTION to Appear Pro Hac Vice by David M. Hoffman *on behalf of Adam J. Kessel* ( Filing fee $ 100 receipt number 0542−13962325) by on behalf of ByteDance Ltd., TikTok, Inc.. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 09/14/2020) |
| 09/14/2020 | Ï 21 | MOTION to Appear Pro Hac Vice by David M. Hoffman *on behalf of Frank E. Scherkenbach* ( Filing fee $ 100 receipt number 0542−13962383) by on behalf of ByteDance Ltd., TikTok, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 09/14/2020) |
| 09/14/2020 | Ï 22 | MOTION to Appear Pro Hac Vice by David M. Hoffman *on behalf of Proshanto Mukherji* ( Filing fee $ 100 receipt number 0542–13962399) by on behalf of ByteDance Ltd., TikTok, Inc.. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 09/14/2020) |
| 09/14/2020 | Ï 23 | Unopposed MOTION to Withdraw as Attorney by ByteDance Ltd., TikTok, Inc.. (Attachments: # 1 Proposed Order)(Smith, Melissa) (Entered: 09/14/2020) |
| 09/16/2020 | Ï | Text Order GRANTING 20 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT–1(f)(1). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 09/16/2020) |
| 09/16/2020 | Ï | Text Order GRANTING 21 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT–1(f)(1). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 09/16/2020) |
| 09/16/2020 | Ï | Text Order GRANTING 22 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT–1(f)(1).Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 09/16/2020) |
| 09/16/2020 | Ï | Text Order GRANTING 23 Motion to Withdraw as Attorney. Entered by Judge Alan D Albright. Came on for consideration is Defendant ByteDance Ltd.'s Motion to Allow Melissa R. Smith (Ms. Smith) to Withdraw As Counsel. Noting that it is unopposed, the Court GRANTS the motion. It is therefore ORDERED that Ms. Smith is hereby withdrawn as counsel of record for Defendant. It is further ORDERED that the docket be amended to reflect that Ms. Smith has withdrawn as counsel for Defendant and that she no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case. (This is a text–only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 09/16/2020) |
| 09/22/2020 | Ï 24 | Standing Order Regarding Notice of Readiness in Patent Cases (Entered: 10/05/2020) |

| | | |
|---|---|---|
| 11/13/2020 | ï 25 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Sealed Document Rule 12(b)(2) Motion to Dismiss, # 2 Sealed Document Declaration of Nicola Raghavan, # 3 Proposed Order on Motion to Dismiss, # 4 Proposed Order on Motion to Seal) (Hoffman, David) (Entered: 11/13/2020) |
| 11/13/2020 | ï 26 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Sealed Document Motion to Dismiss & Transfer, # 2 Sealed Document Exhibit 1 Declaration of Nicola Raghavan, # 3 Exhibit 2, # 4 Exhibit 3 Declaration of David M. Hoffman, # 5 Exhibit A, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Exhibit F, # 11 Proposed Order on Motion to Dismiss & Transfer, # 12 Proposed Order on Motion to Seal) (Hoffman, David) (Entered: 11/13/2020) |
| 11/13/2020 | ï 27 | RULE 7 DISCLOSURE STATEMENT filed by ByteDance Ltd.. (Hoffman, David) (Entered: 11/13/2020) |
| 11/16/2020 | ï 28 | RULE 7 DISCLOSURE STATEMENT filed by TikTok, Inc.. (Hoffman, David) (Entered: 11/16/2020) |
| 11/19/2020 | ï | Text Order GRANTING 25 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 11/19/2020) |
| 11/19/2020 | ï | Text Order GRANTING 26 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 11/19/2020) |
| 11/19/2020 | ï 29 | Bytedance LTD.'s Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction (Attachments: # 1 Exhibit 1, # 2 Proposed Order) (am) (Entered: 11/19/2020) |
| 11/19/2020 | ï 30 | MOTION TO DISMISS / TRANSFER PURSUANT TO F.R.C.P. 12(b)(3) AND MOTION TO TRANSFER PURSUANT TO SECTION 1404 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Proposed Order) (am) (Entered: 11/19/2020) |
| 11/20/2020 | ï 31 | MOTION to Appear Pro Hac Vice by Andrea L. Fair *on Behalf of Margaret Elizabeth Day* ( Filing fee $ 100 receipt number 0542−14207885) by on behalf of Triller, Inc.. (Attachments: # 1 Proposed Order)(Fair, Andrea) (Entered: 11/20/2020) |
| 11/20/2020 | ï | Text Order GRANTING 31 Motion to Appear Pro Hac Vice for Attorney Margaret Elizabeth Day for Triller, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 11/20/2020) |
| 11/24/2020 | ï 32 | AMENDED COMPLAINT against All Defendants amending, filed by Triller, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 |

| | | |
|---|---|---|
| | | Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42)(Platt, Brian) (Entered: 11/24/2020) |
| 11/24/2020 | 33 | NOTICE of Filing Regarding Defendants' Motions to Dismiss or Transfer by Triller, Inc. (Lorimer, Brent) (Entered: 11/24/2020) |
| 11/30/2020 | 34 | REQUEST FOR ISSUANCE OF SUMMONS by Triller, Inc.. (Platt, Brian) (Entered: 11/30/2020) |
| 11/30/2020 | 35 | Summons Issued as to ByteDance Inc.. (am) (Entered: 11/30/2020) |
| 11/30/2020 | 36 | Summons Issued as to TikTok PTE. Ltd.. (am) (Entered: 11/30/2020) |
| 12/03/2020 | 37 | SUMMONS Returned Executed by Triller, Inc.. ByteDance Inc. served on 12/2/2020, answer due 12/23/2020. (Platt, Brian) (Entered: 12/03/2020) |
| 12/08/2020 | 38 | Unopposed MOTION *to Set the Response Date* re 32 Amended Complaint,,, by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc.. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 12/08/2020) |
| 12/11/2020 | | Text Order GRANTING 38 Motion entered by Judge Alan D Albright. Came on for consideration is Defendant's Motion to extend the time for Defendant to Answer. The Court GRANTS the Motion. Defendant shall have up to and including January 8, 2021 to answer or otherwise respond to Plaintiff's Complaint.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) Modified on 12/11/2020 (am). (Entered: 12/11/2020) |
| 12/11/2020 | | Reset Deadlines: ByteDance Inc. answer due 1/8/2021; ByteDance, Ltd. answer due 1/8/2021; TikTok PTE. Ltd. answer due 1/8/2021; TikTok, Inc. answer due 1/8/2021. (am) (Entered: 12/11/2020) |
| 12/17/2020 | 39 | WAIVER OF SERVICE Returned Executed by Triller, Inc. as to ByteDance Inc.. Waiver sent on 12/16/2020, answer due 2/15/2021. (Platt, Brian) (Entered: 12/17/2020) |
| 12/17/2020 | 40 | WAIVER OF SERVICE Returned Executed by Triller, Inc. as to TikTok PTE. Ltd.. Waiver sent on 12/16/2020, answer due 2/15/2021. (Platt, Brian) (Entered: 12/17/2020) |
| 01/08/2021 | 41 | ANSWER to 32 Amended Complaint,,, with Jury Demand . Attorney David M. Hoffman added to party ByteDance Inc.(pty:dft), Attorney David M. Hoffman added to party TikTok PTE. Ltd.(pty:dft) by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc..(Hoffman, David) (Entered: 01/08/2021) |
| 01/08/2021 | 42 | RULE 7 DISCLOSURE STATEMENT filed by ByteDance Inc.. (Hoffman, David) (Entered: 01/08/2021) |
| 01/08/2021 | 43 | RULE 7 DISCLOSURE STATEMENT filed by TikTok PTE. Ltd.. (Hoffman, David) (Entered: 01/08/2021) |
| 01/13/2021 | 44 | STATUS REPORT by Triller, Inc.. (Platt, Brian) (Entered: 01/13/2021) |
| 01/22/2021 | 45 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Sealed Document Joinder in Motion to Transfer, # 2 Proposed Order) (Hoffman, David) (Entered: 01/22/2021) |
| 01/22/2021 | 46 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Sealed Document Defendants' Motion to Stay, # 2 Sealed Document Exhibit 1, # 3 Exhibit 2, # 4 Proposed Order Granting Motion to Stay, # 5 Proposed Order Granting Motion to Seal) (Hoffman, David) (Entered: 01/22/2021) |
| 01/29/2021 | 47 | Memorandum in Opposition to Motion, filed by Triller, Inc., re 46 Unopposed Motion for leave to File Sealed Document filed by Defendant TikTok, Inc., Defendant TikTok PTE. Ltd., Defendant ByteDance, Ltd., Defendant ByteDance Inc. (Platt, Brian) (Entered: 01/29/2021) |

| | | |
|---|---|---|
| 01/29/2021 | 48 | AFFIDAVIT in Opposition to 46 Unopposed Motion for leave to File Sealed Document by Triller, Inc.. (Attachments: # 1 Exhibit A – 2021−01−08 Correspondence, # 2 Exhibit B – Filed under Seal, # 3 Exhibit C – Discovery Responses, # 4 Exhibit D– 2021−01−21 Correspondence)(Platt, Brian) (Entered: 01/29/2021) |
| 01/29/2021 | 49 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Sealed Document, # 2 Proposed Order) (Platt, Brian) (Entered: 01/29/2021) |
| 01/29/2021 | 50 | NOTICE *Regarding Defendants' Joinder in Motion to Transfer* by Triller, Inc. re 45 Unopposed Motion for leave to File Sealed Document (Platt, Brian) (Entered: 01/29/2021) |
| 02/01/2021 |  | Text Order GRANTING 49 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal. If they have not already done so, Defendants are ordered to file a redacted version of the sealed civil document within 7 days after the filing of the original sealed document.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 02/01/2021) |
| 02/01/2021 |  | Text Order GRANTING 45 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal. If they have not already done so, TIKTOK PTE. LTD. and BYTEDANCE INC. are ordered to file a redacted version of the sealed civil document within 7 days after the filing of the original sealed document.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 02/01/2021) |
| 02/01/2021 |  | Text Order GRANTING 46 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal. If they have not already done so, Defendants are ordered to file a redacted version of the sealed civil document within 7 days after the filing of the original sealed document. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 02/01/2021) |
| 02/01/2021 | 51 | SEALED JOINDER OF TIKTOK PTE.LTD. AND BYTEDANCE INC. IN DEFENDANTS' MOTION TO TRANSFER (am) (Entered: 02/01/2021) |
| 02/01/2021 | 52 | DEFENDANTS' SEALED MOTION PENDING RESOLUTION OF VENUE (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order) (am) (Entered: 02/01/2021) |
| 02/01/2021 | 53 | Sealed Exhibit B re Declaration of Brian N. Platt in Support of Triller's Opposition to Defendants Motion to Stay (am) (Entered: 02/01/2021) |
| 02/01/2021 | 54 | NOTICE *of Joinder in Defendants' Motion to Transfer (Redacted)* by ByteDance Inc., TikTok PTE. Ltd. re 51 Sealed Document (Hoffman, David) (Entered: 02/01/2021) |
| 02/01/2021 | 55 | MOTION to Stay *Pending Resolution of Venue (Redacted)* by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc.. (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 2, # 3 Proposed Order)(Hoffman, David) (Entered: 02/01/2021) |
| 02/02/2021 | 56 | MOTION to Appear Pro Hac Vice by David M. Hoffman *for Michael R. Headley* ( Filing fee $ 100 receipt number 0542−14442768) by on behalf of ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc.. (Hoffman, David) (Entered: 02/02/2021) |
| 02/04/2021 |  | Text Order GRANTING 56 Motion to Appear Pro Hac Vice for Attorney Michael R. Headley for ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., and TikTok, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, |

| | | |
|---|---|---|
| | | shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 02/04/2021) |
| 02/05/2021 | Ï 57 | Proposed Scheduling Order by Triller, Inc.. (Attachments: # 1 Proposed Order)(Platt, Brian) (Entered: 02/05/2021) |
| 02/05/2021 | Ï 58 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Sealed Document Defendants' Reply in Support of Motion to Stay, # 2 Affidavit of David Hoffman, # 3 Sealed Document Exhibit A, # 4 Sealed Document Exhibit B, # 5 Proposed Order Granting Motion to Seal) (Hoffman, David) (Entered: 02/05/2021) |
| 02/05/2021 | Ï 59 | REPLY to Response to Motion, filed by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc., re 46 Unopposed Motion for leave to File Sealed Document filed by Defendant TikTok, Inc., Defendant TikTok PTE. Ltd., Defendant ByteDance, Ltd., Defendant ByteDance Inc. *(Redacted)* (Attachments: # 1 Affidavit of David Hoffman, # 2 Exhibit A (Redacted), # 3 Exhibit B (Redacted))(Hoffman, David) (Entered: 02/05/2021) |
| 02/12/2021 | Ï 60 | Standing Order Regarding Filing Documents Under Seal and Redacted Pleadings in Patent Cases. Signed by Judge Alan D Albright. as of 2/12/2021. (bot1) (Entered: 02/24/2021) |
| 04/06/2021 | Ï | Text Order GRANTING 58 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Court GRANTS the Motion, the Clerks Office is directed to file the attached documents under seal. (This is a text–only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 04/06/2021) |
| 04/06/2021 | Ï 61 | Sealed Document filed: Defendants' Reply in Support of Motion to Stay. (Attachments: # 1 Affidavit of David Hoffman, # 2 Exhibit A, # 3 Exhibit B) (bw) (Entered: 04/06/2021) |
| 05/06/2021 | Ï 62 | MOTION to Appear Pro Hac Vice by David M. Hoffman *on behalf of Lawrence R. Jarvis* ( Filing fee $ 100 receipt number 0542–14776554) by on behalf of ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc.. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 05/06/2021) |
| 05/13/2021 | Ï 63 | Sealed Document: Plaintiff's Opposition to Defendants Motion to Dismiss/Transfer Pursuant to FRCP 12(b)(3) and Motion to Transfer Pursuant to Section 1404 of 30 Sealed Motion filed by Triller, Inc. (Attachments: # 1 Exhibit A Raghavan deposition, # 2 Exhibit B Peng deposition, # 3 Exhibit C Christie deposition, # 4 Exhibit D Farrell deposition, # 5 Exhibit E Hill deposition, # 6 Exhibit F Yang deposition, # 7 Exhibit G 10Tales Rogs, # 8 Exhibit H Backend Software Engineer TikTok, # 9 Exhibit I iOS Software Engineer TikTok, # 10 Exhibit J Backend Software Engineer, TikTok, # 11 Exhibit K Android software engineers (Singapore), # 12 Exhibit L Frontend Software engineers (Singapore), # 13 Exhibit M Hill Exhibit 15, # 14 Exhibit N Order re 33 Defendant's Motion to Dismiss, # 15 Exhibit O Declaration of John Flock) (Lorimer, Brent) (Entered: 05/13/2021) |
| 05/14/2021 | Ï 64 | Unopposed MOTION for Extension of Time to File Response/Reply as to 30 Sealed Motion filed by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc.. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 05/14/2021) |
| 05/17/2021 | Ï | Text Order GRANTING 62 Motion to Appear Pro Hac Vice for Attorney Lawrence R. Jarvis for ByteDance Inc.,Lawrence R. Jarvis for ByteDance, Ltd.,Lawrence R. Jarvis for TikTok PTE. Ltd.,Lawrence R. Jarvis for TikTok, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER |

| | | |
|---|---|---|
| | | ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (ab4) (Entered: 05/17/2021) |
| 05/20/2021 | Ï 65 | BRIEF by Triller, Inc.. (Attachments: # 1 Exhibit 1– US9691429, # 2 Exhibit 2 – Sep. 23, 2016 Non–Final Rejection, # 3 Exhibit 3 – US20140160250A1, # 4 Exhibit 4 – US8244103, # 5 Exhibit 5 – Jan. 23, 2017 Response to Non–Final Office Action, # 6 Exhibit 6 – Mar. 6, 2017 Notice of Allowability, # 7 Exhibit 7 – Glossary of Audio Recording and Music Terms, # 8 Exhibit 8 – Music Tech Dictionary, # 9 Exhibit 9 –Collins Dictionary, # 10 Exhibit 10 – Lexico Dictionary, # 11 Exhibit 11 – Merriam–Webster Dictionary, # 12 Exhibit 12 – Webster's Deluxe Unabridged Dictionary, # 13 Exhibit 13 – Webster's Third New International Dictionary, # 14 Exhibit 14 – The Oxford American Desk Dictionary, # 15 Exhibit 15 – Filmsite.Org Film Terms Glossary, # 16 Exhibit 16 – Ultimate Guide to Film Terms –The Definitive Glossary of Film Terminology)(Platt, Brian) (Entered: 05/20/2021) |
| 05/24/2021 | Ï 66 | Sealed Document: Notice of Correction to Plaintiff's Opposition *to Defendants Motion to Dismiss/Transfer* of 63 Sealed Document,,, by Triller, Inc. (Platt, Brian) (Entered: 05/24/2021) |
| 06/01/2021 | Ï 67 | Unopposed MOTION for Leave to Exceed Page Limitation by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc.. (Attachments: # 1 Proposed Order)(Hoffman, David) (Entered: 06/01/2021) |
| 06/01/2021 | Ï 68 | Sealed Document: *DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO TRANSFER PURSUANT TO SECTION 1404* of 30 Sealed Motion filed by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc. (Attachments: # 1 Sealed Document Exhibit A, # 2 Sealed Document Exhibit B, # 3 Sealed Document Exhibit C, # 4 Sealed Document Exhibit D, # 5 Sealed Document Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Sealed Document Exhibit H, # 9 Sealed Document Exhibit I, # 10 Sealed Document Exhibit J, # 11 Exhibit K, # 12 Sealed Document Exhibit L, # 13 Sealed Document Exhibit M, # 14 Sealed Document Exhibit N, # 15 Sealed Document Exhibit O, # 16 Exhibit P) (Hoffman, David) (Entered: 06/01/2021) |
| 06/08/2021 | Ï 69 | Redacted version of 68 REPLY to Response to Motion, filed by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc., (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Hoffman, David) Modified on 6/9/2021 (lad). (Entered: 06/08/2021) |
| 06/08/2021 | Ï 70 | Sealed Motion: Triller's Opposed Motion to Strike New Evidence and Arguments Introduced by Defendants for the First Time in Their Reply Brief in Support of the Motion to Transfer of 68 Sealed Document,, by Triller, Inc. (Attachments: # 1 Exhibit 1 Highlighted Def Reply Brief ISO Motion to Transfer, # 2 Exhibit 2 Opinion in In re LG Fed Cir 2018–134, # 3 Exhibit 3 Yang deposition excerpts, # 4 Exhibit 4 Flock deposition excerpts, # 5 Proposed Order) (Lorimer, Brent) Modified on 6/28/2021 (lad). (Entered: 06/08/2021) |
| 06/10/2021 | Ï 71 | RESPONSE *Claim Construction Brief* to 65 Brief,,, by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc.. (Attachments: # 1 Exhibit 1 – 01/23/2017 Reply to Non–Final Office Action, # 2 Exhibit 2 – Patent Owner's Preliminary Response)(Kessel, Adam) (Entered: 06/10/2021) |
| 06/10/2021 | Ï 72 | STATUS REPORT *Pursuant to Amended Standing Order Regarding Motion for Inter–District Transfer* by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc.. (Kessel, Adam) (Entered: 06/10/2021) |
| 06/15/2021 | Ï 73 | |

| | | |
|---|---|---|
| | | Redacted Public Version of 70 Sealed Document,, by Triller, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Lorimer, Brent) (Entered: 06/15/2021) |
| 06/15/2021 | 74 | Sealed Document: DEFENDANTS OPPOSITION TO TRILLERS MOTION TO STRIKE DEFENDANTS REPLY BRIEF IN SUPPORT OF THEIR MOTION TO TRANSFER PURSUANT TO SECTION 1404 of 70 Sealed Document,, by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc. (Hoffman, David) (Entered: 06/15/2021) |
| 06/16/2021 | 75 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 06/21/2021 | 76 | ORDER RESETTING Zoom Markman Hearing for 7/22/2021 01:30 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot1) (Entered: 06/21/2021) |
| 06/21/2021 | 77 | Redacted Copy of 74 Sealed Document, by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc.. (Hoffman, David) (Entered: 06/21/2021) |
| 06/21/2021 | 78 | Sealed Document: Triller's Reply Brief in Support of its Opposed Motion to Strike New Evidence and Arguments Introduced by Defendants for the First Time in the Reply Brief in Support of the Motion to Transfer of 70 Sealed Document,, by Triller, Inc. (Lorimer, Brent) (Entered: 06/21/2021) |
| 06/23/2021 | 79 | ORDER Setting Zoom Motion Hearing for 6/25/2021 03:00 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot1) (Entered: 06/23/2021) |
| 06/24/2021 | 80 | ORDER SCHEDULING SEALED MOTION HEARING,for 6/25/2021 03:00 PM before Judge Alan D Albright.. Signed by Judge Alan D Albright. (ab4) (Entered: 06/24/2021) |
| 06/24/2021 | 81 | Redacted Copy *Triller's Reply Brief in Support of Its Opposed Motion to Strike New Evidence and Arguments Introduced by Defendants for the First Time in the Reply Brief in Support of the Motion to Transfer* of 78 Sealed Document, by Triller, Inc.. (Lorimer, Brent) (Entered: 06/24/2021) |
| 06/24/2021 | 82 | BRIEF regarding 65 Brief,,, by Triller, Inc.. (Attachments: # 1 Exhibit 17–Defendants' Proposed Claim Constructions for Proposed Terms)(Platt, Brian) (Entered: 06/24/2021) |
| 06/25/2021 | 83 | Minute Entry for proceedings held before Judge Alan D Albright: Motion Hearing held on 6/25/2021. Case called for Motion Hearing. At issue are disputed exhibits, also a motion to change venue. The Court heard argument regarding each. After hearing the argument the Court took the matter under advisement and will issue an Order in the near future. (Minute entry documents are not available electronically.). (Court Reporter Kristie Davis.)(ir) (Entered: 06/25/2021) |
| 07/06/2021 |  | Text Order DENYING 70 Sealed Motion entered by Judge Alan D Albright. Came on for consideration is Plaintiff's Motion to Strike. On June 25, 2021, the Court held oral argument on the Motion. After careful consideration of the Parties briefs, oral argument, and the applicable law, the Court DENIES the Motion. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 07/06/2021) |
| 07/08/2021 | 84 | BRIEF regarding 82 Brief by ByteDance Inc., ByteDance, Ltd., TikTok PTE. Ltd., TikTok, Inc.. (Kessel, Adam) (Entered: 07/08/2021) |
| 07/09/2021 | 85 | Sealed Order GRANTING 30 Defendants Motion to Dismiss or Motion to Transfer. IT IS ORDERED that this Action be TRANSFERRED to the NDCA. Signed by Judge Alan D Albright. (lad) (Entered: 07/09/2021) |