1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

(~~SAN FRANCISCO~~ DIVISION)

| | |
|---|---|
| TRILLER, INC., | Case No. 4:21-cv-05300-JSW |
| Plaintiff, | **[~~PROPOSED~~]** ORDER STAYING CASE AND REQUIRING JOINT STATUS REPORTS |
| v. | |
| BYTEDANCE LTD, et al., | |
| Defendants. | |

PURSUANT TO THE PARTIES' STIPULATION, it is ORDERED that this case is stayed in its entirety pending final resolution of the IPR proceedings regarding Triller's asserted patent.

~~The parties shall promptly notify the Court when the IPR proceedings have been resolved so that the case may be reopened or such other appropriate action may be taken.~~

The parties shall file joint status reports every 120 days from the date of this Order advising the Court of the status of the IPR proceedings.  The first status report shall be due on December 2, 2021.

Dated: August 4, 2021

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE